UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>KATHERINE D. LAGORIO,<br><br>         Defendant. | No. 2:15-cv-0309-TLN-KJN<br><br><br>ORDER |

On August 16, 2015, the parties filed a stipulation and proposed order, seeking court approval of their stipulation regarding defendant's financial wherewithal and defendant's responses to plaintiff's discovery requests. (ECF No. 10.) However, the court declines to formally approve the parties' stipulation, because the district judge has stayed the action until conclusion of a settlement conference in this matter, which has not yet been scheduled. (See ECF No. 8.) The parties are encouraged to focus their efforts on the scheduling and conduct of a settlement conference. Although the parties are free to informally conduct discovery, and to enter into stipulations regarding discovery among themselves, the court will not approve or enforce any such stipulations while the case is stayed.

Accordingly, for the reasons outlined above, the court DECLINES TO APPROVE the parties' stipulation (ECF No. 10).

////

1

IT IS SO ORDERED.

Dated: August 19, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE